IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
FEB 18 2010
D. MARK JONES, CLERK
BY_____ DEPUTY CLERK

| | |
|---|---|
| RONNIE L. McDANIEL,<br><br>Plaintiff,<br><br>vs.<br><br>SALT LAKE CITY POLICE DEP'T AND LAS VEGAS METROPOLITAN POLICE DEP'T,<br><br>Defendants, | ORDER ADOPTING REPORT & RECOMMENDATION<br><br><br><br>Case No. 2:09-cv-322 |

Before the court is the Report and Recommendation issued on January 27, 2010 by United States Magistrate Judge Samuel Alba, recommending Plaintiff's case be dismissed for failure to comply with the court's order to show cause and failure to state a claim on which relief may be granted. The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court adopts the Report and Recommendation, and DISMISSES the Plaintiff's case with prejudice.

It is so ordered.

Dated this 10th day of February, 2010.

BY THE COURT

_____
Dee Benson
United States District Court Judge